468 A.2d 853

Commonwealth v. Robinson, Appellant.
Petition for Allowance of Appeal
Granted March 22, 1984.

Submitted March 16, 1983. Elaine DeMasse, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, President Judge, ROWLEY and CIRILLO, JJ.

Judgment of sentence affirmed.